# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| PITT PENN HOLDING CO., *et al.*,[1] | : Case No. 09-11475 (BLS) |
| | : |
| Debtors. | : Jointly Administered |
| Industrial Enterprises of America, Inc., on behalf of Itself, its estate and as assignee of its shareholders, | : |
| Plaintiff, | : Adv. Proc. No. 11-51876 (BLS) |
| v. | : |
| | : |
| Ardent Advisors, LLC, Brian Corbman, Eric L. Krogius, Kathleen Krogius, Amy L. Almsteier (Peterson) and Derek A. Peterson, | : |
| Defendants. | : |
| Industrial Enterprises of America, Inc., on behalf of Itself, its estate and as assignee of its shareholders, | : |
| Plaintiff, | : Adv. Proc. No. 13-50935 (BLS) |
| v. | : |
| | : |
| Michael C. Esposito, Greenwich Investment Partners, LLC, Greenwich Investment Partners, LLP, Daniel W. Pike, Pike Capital Partners, LP, Pike Capital Partners (QP), LP, Pike Capital Management, LLC and View Street Capital, LLC, | : |
| Defendants. | : |
| Industrial Enterprises of America, Inc., on behalf of Itself, its estate and as assignee of its shareholders, | : |
| Plaintiff, | : Adv. Proc. No. 11-51874 (BLS) |
| v. | : |
| | : |
| Ilene Engelberg, Regal Partners, Inc. and Sapphire Associates LLC, | : |
| Defendants. | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Peckar & Abramson, P.C. and Christopher D. Loizides and Loizides, P.A. hereby withdraw their appearance as counsel of record for Industrial Enterprises of America, Inc. in connection with the above-captioned adversary proceedings.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Pitt Penn Holding Company, Inc. (3681), Pitt Penn Oil Company, LLC (8893), Industrial Enterprises of America, Inc. (3499), EMC Packaging, Inc. (3619), Today's Way Manufacturing LLC (0259), and Unifide Industries LLC (8701).

51933/0002-11056354v1

**PLEASE TAKE FURTHER NOTICE** that Raymond A. Bragar of Bragar Engel & Squire, P.C. and Peter S. Linden of Kirby McInerney LLP hereby substitute their appearance as counsel of record for Industrial Enterprises of America, Inc. in connection with the above-captioned adversary proceedings.

Dated: November 6, 2014

                                  PECKAR & ABRAMSON, P.C.

By:   */s/ Thomas J. Curran*
       Thomas J. Curran, Esquire
       Doris D. Short, Esquire
       41 Madison Avenue, 20th Floor
       New York, NY 10010
       Tel: (212) 382-0909
       dshort@pecklaw.com

-and-

LOIZIDES, P.A.

By:   */s/ Christopher D. Loizides*
       Christopher Dean Loizides (No. 3968)
       1225 King Street, Suite 800
       Wilmington, DE 19801
       Tel: 302-654-0248

*Withdrawing Counsel for Industrial Enterprises of America, Inc.*

BRAGAR EAGEL & SQUIRE, P.C.

By:   */s/ Raymond A. Bragar*
       Raymond A. Bragar, Esquire
       885 Third Ave., Suite 3040
       New York, NY 10022
       Tel: (212) 308-5858
       bragar@bespc.com

-and-

|     | KIRBY McINERNEY LLP |
| --- | --- |
| By: | /s/ Peter S. Linden |
|     | Peter S. Linden, Esquire |
|     | 825 Third Avenue, 16th Floor |
|     | New York, NY 10022 |
|     | Tel: (212) 371-6600 |
|     | plinden@kmllp.com |

*Substitution Counsel for the Chapter 11 Trustee*

3

51933/0002-11056354v1